IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jose M. Soriano, individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br>Mendez Cleaning Services Corporation, and Mirna I. Mendez, individually, Defendants | Case No. 1:15-cv-3371<br>Judge: Hon. Sharon Johnson Coleman |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| s/ Valentin T. Narvaez | s/ Brad Wartman |
| Plaintiff's Counsel | Defendants' Counsel |
| | |
| Consumer Law Group, LLC | Peter Andjelkovich & Associates |
| 6232 N. Pulaski, Suite 200 | 135 S. LaSalle St., Suite 3950 |
| Chicago, IL  60646 | Chicago, IL 60603 |